The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-010RSM |
| Plaintiff, | ORDER |
| v. | |
| HUAWEI DEVICE CO., LTD., | **FILED UNDER SEAL** |
| HUAWEI DEVICE USA, INC., | |
| Defendant. | |

Having reviewed the government's *Ex Parte* Motion for Limited Unsealing of Indictment, the Court hereby GRANTS the motion.

The Court hereby ORDERS that the Indictment filed under seal in this matter shall be unsealed for the limited purpose of allowing the Department of Justice to disclose it to and coordinate with appropriate representatives of the United States Department of State, other Untied States federal departments and agencies, and governmental authorities from Canada, as necessary to ensure appropriate coordination between these entities.

//
//
//
//

Order - 1

1  The Court further ORDERS that the Indictment shall remain sealed for all other
2  purposes until further Order by the Court; and that the government's motion and this
3  Order shall be filed under seal until further order of this Court.

5  DATED this 25th day of January, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

17 Presented by:

19 /s/ Todd Greenberg
   TODD GREENBERG
20 Assisted United States Attorney