_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

## JAN 28 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-010RSM |
| Plaintiff, | |
| v. | PRAECIPE FOR A SUMMONS |
| HUAWEI DEVICE USA, INC., | |
| Defendant. | |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT
You will please issue a summons on an Indictment filed herein to:

HUAWEI DEVICE USA, INC.
c/o Robert Westinghouse, Esquire
Yarmuth Wilsdon PLLC

directing said organization to appear at the United States Courthouse, 700 Stewart Street, Seattle, Washington, before Chief United States District Court Judge Ricardo S. Martinez, on February 28, 2019, at 9:30 a.m., to answer to an Indictment charging violations of Title 18, United States Code, Sections 1343, 1512(c)(2), 1832(a)(1)-(5), and 2.

DATED this 28th day of January, 2019.

TODD GREENBERG
THOMAS M. WOODS
Assistant United States Attorneys

SECRET:   YES:___   NO: XX

PRAECIPE FOR SUMMONS – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970